# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2013

## NO. 03-11-00478-CV

**Texas Department of Public Safety; Steve McGraw, in his Official Capacity as Director of the Texas Department of Public Safety; the Public Safety Commission; Cynthia Leon, in her Official Capacity as Chair of the Public Safety Commission; and Carin Marcy Barth, Ada Brown, Allan B. Polunsky, and Randy Watson, in their Official Capacities as Members of the Public Safety Commission, Appellants**

**v.**

**Miguel Salazar; Edgar Soria; Francisco Avila Trejo; Green Meadows Landscaping, Inc.; Merida Flores; Nader Dalo; Godofredo A. Orellana; and Ruwaidha Liwaza, Appellees**

---

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, HENSON AND GOODWIN
JUSTICE HENSON, NOT PARTICIPATING
VACATED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is vacated, and judgment is rendered dismissing the cause. It is **FURTHER** ordered that the appellees pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.